# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

―――――――――――――――――

Case No. 5D2025-1588
LT Case No. 1994-000724-CFAWS

―――――――――――――――――

DOMINGO FIGUEROA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

―――――――――――――――――

3.800 Appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Domingo Figueroa, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Samuel
Perrone, Assistant Attorney General, Daytona Beach, for
Appellee.

November 13, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____